# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

TISZA INVESTMENTS, LLC           CASE NO.:

    Plaintiff,

vs.

WESTFIELD INSURANCE COMPANY,

    Defendant.

_____/

## NOTICE OF REMOVAL

Defendant, Westfield Insurance Company ("Westfield"), pursuant to 28 U.S.C. § 1441(a), removes the action pending in the Circuit Court of the Ninth Judicial Circuit of Florida, in and for Osceola County, styled *Tisza Investments, LLC vs. Westfield Insurance Company,* Case No. 2022 CA 002388 OC, and states:

## TIMELY NOTICE OF REMOVAL

1. On September 20, 2022, Tisza Investments, LLC ("Tisza") served the Complaint (filed on September 9, 2022) on Westfield.[1]

2. However, this notice is timely pursuant to 28 U.S.C. § 1446(b)(3) because Westfield is filing this notice within thirty days of first ascertaining that the case is removable.

---

[1] An Amended Complaint was served on November 18, 2022 because the original complaint did not attach a copy of the insurance policy as required under Florida law. Plaintiff's counsel agreed to serve an Amended Complaint attaching a copy of the policy.

3. On November 17, 2022, Westfield first ascertained that this matter was removable. Tisza, through counsel, identified and disclosed the citizenship of its LLC members. Two of them are citizens of Florida. The third is a citizen of Brazil.[2]

4. Therefore, this Notice of Removal is timely because Westfield is filing it before December 17, 2022, the earliest possible deadline for removal, given that Westfield first ascertained diversity of citizenship on November 17, 2022, with the service of "other paper" (the email) as contemplated by 28 U.S.C. § 1446(b)(3).

## VENUE

5. Venue is proper in the United States District Court for the Middle District of Florida, Orlando Division, because the state court action originated in Osceola County, Florida.

## JURISDICTION

6. This Court has original jurisdiction. The state court action is a civil action which falls under this Court's original jurisdiction pursuant to 28 U.S.C. § 1332(a), because Tisza and Westfield are citizens of different States and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

7. Westfield, therefore, is entitled to remove this action pursuant to 28 U.S.C. § 1441.

---

[2] **Exhibit "A"** (email from Tisza's counsel dated November 17, 2022, confirming the names and citizenships of Tisza's members.)

## COMPLETE DIVERSITY EXISTS

8. At the time of the lawsuit, and the filing of this Notice of Removal, there was and still is complete diversity between Westfield and Tisza.

9. Tisza is a Florida limited liability company. The members are Ricardo Spekla, Ronaldo Spekla, and Vicente Spekla Filho. Ricardo and Ronaldo are Florida citizens for purposes of diversity jurisdiction. Vicente is a citizen of Brazil. Therefore, Tisza is a Florida citizen for purposes of diversity jurisdiction under 28 U.S.C. § 1332.

10. Westfield is now, as it was when the action was commenced, a foreign corporation engaged in the insurance business, organized, formed and incorporated under the law of Ohio with its headquarters and principal place of business located in Westfield Center, Ohio. Accordingly, Westfield is a citizen of Ohio for purposes of diversity jurisdiction under 28 U.S.C. § 1332.

11. Accordingly, complete diversity exists.

## AMOUNT IN CONTROVERSY EXCEEDS $75,000.00

12. Westfield issued an insurance policy ("Policy") to Tisza.[3] The Policy has a 2 percent windstorm deductible. Tisza presented a claim to Westfield for replacement cost benefits due to alleged Hurricane Irma damage to the buildings estimated in the amount of $718,194.86. Westfield denied coverage for amounts beyond the $11,532.00 payments it issued in this claim.

---

[3] See Certified Policy copy attached as necessary exhibit to Amended Complaint.

3

13. After application of the windstorm deductibles, the controverted amount in insurance benefits involved in Tisza's claim is $718,194.86. Therefore, the amount alleged by Tisza in replacement cost benefits clearly exceeds the $75,000 amount in controversy requirement for diversity jurisdiction, exclusive of interest and cost.

### COMPLIANCE WITH 28 U.S.C. § 1446

14. Westfield files copies of all processes, pleadings, and orders served on it, and such other papers that are exhibits, as required by 28 U.S.C. § 1446, and the Local Rules of this Court.

15. In compliance with 28 U.S.C. § 1446(d), Westfield provided written notice of the filing of this Notice of Removal, along with copies of this Notice of Removal and all attachments, to all adverse parties and with the Clerk of Circuit Court of the Ninth Judicial Circuit in and for Osceola County, Florida.

16. Attached to this notice is a copy of all processes, pleadings, and orders served upon the Defendant as required by 28 U.S.C. § 1446(a).[4]

                                                    Respectfully submitted by:
                                                  BUTLER WEIHMULLER KATZ CRAIG LLP

                                                  *s/ J. Pablo Caceres*
                                                  J. PABLO CÁCERES
                                                  Florida Bar No.: 131229
                                                  pcaceres@butler.legal
                                                  SHAHEEN NOURI
                                                  Florida Bar No.: 1008346

---

[4] **Exhibit B** (Copy of all processes, pleadings, and orders.)

>snouri@butler.legal
>Secondary: cmattern@butler.legal;
>400 North Ashley Drive, Suite 2300
>Tampa, Florida 33602
>Telephone:   (813) 281-1900
>Facsimile:    (813) 281-0900
>Counsel for Defendant
>Westfield Insurance Company

**CERTIFICATE OF SERVICE**

I certify that a copy hereof has been furnished to:

>BRANDON J. TOMLINSON, ESQ.
>The Tomlinson Law Group, P.A.
>7301 Wiles Road, Suite 107
>Coral Springs, Florida 33067
>Tel.: (954)906-5963
>Fax: (954)301-0638
>E-Service Email: eservice@tlawgrp.com
>Non-Service Email: btomlinson@tlawgrp.com

by e-Portal and Electronic Service on  November 28, 2022.

>*s/J. Pablo Caceres*
>J. PABLO CÁCERES